UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERTO VLADIMIR PORTILLO MARTINEZ, )<br>)<br>Petitioner,                                             )<br>)<br>v.                                                                  )<br>)<br>PATRICIA HYDE, Field Office Director,           )<br>TODD LYONS, Acting Director U.S.                )<br>Immigrations and Customs Enforcement,      )<br>KRISTI NOEM, U.S. Secretary                       )<br>of Homeland Security, PAMELA BONDI,        )<br>Attorney General of the United States, and   )<br>and ANTONE MONIZ, Superintendent,          )<br>Plymouth County Correctional Facility,          )<br>)<br>Respondents.                                            )<br>_____ ) | Case No. 1:25-cv-11909<br><br>**PETITIONER'S MOTION FOR LEAVE TO FILE REPLY** |

**PETITIONER'S ASSENTED-TO MOTION
FOR LEAVE TO FILE REPLY TO
RESPONDENTS' OPPOSITION TO PETITIONER'S SECOND AMENDED PETITION
FOR WRIT OF HABEAS**

Pursuant to Local R. 7.1(b)(3), Petitioner respectfully moves for leave to file the attached Reply to Respondents' Response and Opposition (ECF Doc. 28) to Petitioner's the Second Amended Habeas Petition in order to adequately address the arguments presented by Respondents as well as recent jurisprudence of this Court. Counsel for Respondents has assented to the instant motion. The proposed reply is attached. *See* Exhibit A.

                                                                       Respectfully submitted,
                                                                       Roberto Vladimir Portillo Martinez,
                                                                       By his attorney,

Dated: <u>October 21, 2025</u>                                                    /s/ *Elizabeth Badger*_____

                                                                               Elizabeth Badger
                                                                               BBO # 663107

Political Asylum/Immigration<br>
Representation (PAIR) Project<br>
98 North Washington St, Ste. 106<br>
Boston, MA 02114<br>
(617) 545-3373<br>
ebadger@pairproject.org

## **CERTIFICATE OF SERVICE**

I, Elizabeth Badger, hereby certify that this document and exhibits filed through the ECF system will be sent electronically to the Respondents who are registered ECF participants as identified on the Notice of Electronic Filing (NEF).

Dated: October 21, 2025                                            /s/ *Elizabeth Badger*
                                                                                  Elizabeth Badger
                                                                                  BBO # 663107