UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERTO V. PORTILLO MARTINEZ,<br>    Petitioner,<br><br>    v.<br><br>PATRICIA HYDE, *Acting Field Office Director,*<br>*Immigration and Customs Enforcement, Boston,*<br>TODD LYONS, *Acting Director of U.S.*<br>*Immigration and Customs Enforcement*,<br>KRISTI L. NOEM, *Secretary of the U.S.*<br>*Department of Homeland Security*,<br>PAMELA BONDI, *U.S. Attorney General*,<br>ANTONE MONIZ, *Superintendent,*<br>*Plymouth County Correctional Facility,*<br>    Respondents. | CIVIL ACTION NO.<br>25-11909-BEM |

## **FINAL JUDGMENT**

MURPHY, D.J.

In accordance with this Court's Memorandum and Order (ECF #33) issued on November 12, 2025, granting the Petitioner's Writ of Habeas Corpus, it is hereby ORDERED:

Judgment for the Petitioner against the Respondents and Petitioner is hereby ordered released.

BY THE COURT,

*/s/ Barbara I. Beatty*

DATED: November 12, 2025            Deputy Clerk